KNIGHTS TEMPLARS' & MASONS' LIFE INDEMNITY CO. v. CONVERSE. (Circuit Court of Appeals, Seventh Circuit. June 30, 1899.) No. 572. In Error to the Circuit Court of the United States for the Northern District of Illinois, Northern Division. Charles C. Aldrich, for plaintiff in error. Clark Varnum, for defendant in error. Before WOODS and JENKINS, Circuit Judges, and BAKER, District Judge.

PER CURIAM. The questions now presented, it is conceded, are concluded by the decision rendered upon a prior writ of error in the case. See 60 U. S. App. 288, 93 Fed. 148. The judgment is therefore affirmed. The clerk is directed to withhold mandate until the further order of the court.